UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE KEMP,<br>   Plaintiff,<br>  v.<br>WELLS FARGO BANK, N.A., et al.,<br>   Defendants. | Case No. 17-cv-01259-MEJ<br><br>**CONDITIONAL DISMISSAL** |

On November 10, 2017, the parties advised the Court they had agreed to a settlement of this case and anticipated filing a dismissal of the action within 90 days. *See* Notice of Settlement, Dkt. No. 30. More than 90 days have passed since the filing of the Notice, and the action has not yet been dismissed. Accordingly, **IT IS HEREBY ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. However, if any party certifies to this Court, within thirty (30) days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall be restored to the calendar to be set for trial. If no certification is filed after passage of thirty (30) days, the dismissal shall be **with** prejudice.

  **IT IS SO ORDERED.**

Dated: March 1, 2018

_____
MARIA-ELENA JAMES
United States Magistrate Judge